# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MANCHEGO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFREY BEARD, Warden,<br><br>　　　　Respondent. | CASE NO. 5:15-cv-02242-DSF (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting the Report and Recommendation of the U.S. Magistrate Judge, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED:　9/1/2017

　　　　　　　　　　　　　　　　　*Dale S. Fischer*
　　　　　　　　　　　　　　　　　HON. DALE S. FISCHER
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE